Charmaine Wheeler 39637-180
F.C.I. Dublin Unit c/o
5701 8th Street Camp Park
Dublin CA 94568

Nov. 24, 07

United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco California 94102

Re: C 07 4990 JF

Dear Sir or Madam:

    Please inform me on the status of my case number C 07 4990 filed 07 Sep. 26 by Richard W. Wieking, Clerk. The funds have not been removed from my prisoner account since I submitted my In Forma Pauperis Application.

Sincerely

Charmaine Wheeler