

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARMAINE D. WHEELER,<br><br>    Plaintiff,<br><br>  v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>    Defendant.                             / | No. C 07-4990 JF (PR)<br><br>ORDER REGARDING MOTION TO PROCEED IN FORMA PAUPERIS<br><br><br><br>(Docket No. 2) |

     Plaintiff, a state prisoner proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. On that same date, the Clerk of the Court sent Plaintiff a notice directing her to pay the filing fee or to file a completed in forma pauperis (IFP) application. Plaintiff has filed an IFP application; however, Plaintiff did not file supporting documentation of a certificate of funds singed by an authorized prison official and a prisoner trust account statement for the preceding six months.

     The Court cannot conduct an initial review of this matter until Plaintiff has either paid the filing fee or submitted a completed IFP application. See 28 U.S.C. § 1915(a) (a party is permitted to file a civil action in federal court without prepayment of fees or security if he makes affidavit that he is unable to pay such fees or give security therefor).

1  If the Plaintiff is a prisoner who alleges that she is unable to pay the full filing fee at the time
2  of filing, she must submit: (1) an affidavit that includes a statement of all assets she
3  possesses, and (2) a certified copy of the trust fund account statement for the prisoner for the
4  six-month period immediately preceding the filing of the action, obtained from the
5  appropriate official of each prison at which the prisoner is or was confined.  See id.
6  § 1915(a)(1), (2).  If the Court determines that the Plaintiff is unable to pay the full filing fee
7  at the time of filing, Plaintiff will be granted leave to proceed IFP.

8  Therefore, before the Court reviews the complaint, Plaintiff shall submit a copy of the
9  certificate of funds and prisoner trust account statement enclosed.  She shall indicate on these
10 documents a clear indication that it is for the above-referenced case number, C 07-4990 JF.
11 Plaintiff shall submit this supporting documentation within **thirty (30) days** of the date this
12 Order is filed.

13 **Failure to file copies of Plaintiff's Certificate of Funds and prisoner trust account**
14 **statement as set forth above by the thirty-day deadline shall result in the Court's**
15 **dismissal of this action without prejudice.**

16 IT IS SO ORDERED.

17 DATED: 12/10/07

_____
JEREMY FOGEL
United States District Judge

28 Order Regarding Motion to Proceed in Forma Pauperis
P:\PRO-SE\SJ.Jf\CR.07\Wheeler990ifpext.wpd

2

A copy of this ruling was mailed to the following:

Charmaine D. Wheeler
39637-180
FCI Dublin
Unit C/D
5701 8th Street Camp Parks
Dublin, CA  94568

Order Regarding In Forma Pauperis Motion
P:\pro-se\sj.rmw\cr.07\Calloway335ifp                3