```
                                              FILED
                                              DEC 2 6 2007
                                              CLERK
                                              NORTHE...        COURT
                                                          ...FORNIA
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Plaintiff, | CASE NO. C 07-4990 JF (PR) |
| vs. | PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS |
| Defendant. |  |

I, Charmaine D. Wheeler, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ☐  No ☑

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

- 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _Currently imprisoned in FCI Dublin_
5  _2003 Lloyd Young + Associates - Good Mourning Tree_
6  _____

7  2.  Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9   a.  Business, Profession or          Yes ☐  No ☑
10      self employment
11  b.  Income from stocks, bonds,       Yes ☐  No ☑
12      or royalties?
13  c.  Rent payments?                   Yes ☐  No ☑
14  d.  Pensions, annuities, or          Yes ☐  No ☑
15      life insurance payments?
16  e.  Federal or State welfare payments,  Yes ☐  No ☑
17      Social Security or other govern-
18      ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____

23  3.  Are you married?                 Yes ☐  No ☑
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____  Net $_____
28  4.  a.  List amount you contribute to your spouse's support:$ _____

-2-

  b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_N A_

5. Do you own or are you buying a home? Yes ☐ No ☑

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile? Yes ☐ No ☑

Make _____ Year _____ Model _____

Is it financed? Yes ☐ No ☑ If so, Total due: $ _____

Monthly Payment: $ _____

7. Do you have a bank account? Yes ☐ No ☑ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

Present balance(s): $ _____

Do you own any cash? Yes ☐ No ☐ Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ☐ No ☐

8. What are your monthly expenses?

Rent: $ _0_ Utilities: _0_

Food: $ _____ Clothing: _0_

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on this Account |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |

| | |
|---|---|
| 1 | 9.   Do you have any other debts? (List current obligations, indicating amounts and to |
| 2 | whom they are payable. Do <u>not</u> include account numbers.) |
| 3 | _____N A_____ |
| 4 | _____ |
| 5 | |
| 6 | 10.  Does the complaint which you are seeking to file raise claims that have been presented |
| 7 | in other lawsuits?   Yes ☑  No ☐ |
| 8 | Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in |
| 9 | which they were filed. |
| 10 | _____N/A_____ |
| 11 | _____ |
| 12 | I consent to prison officials withdrawing from my trust account and paying to the court |
| 13 | the initial partial filing fee and all installment payments required by the court. |
| 14 | I declare under the penalty of perjury that the foregoing is true and correct and |
| 15 | understand that a false statement herein may result in the dismissal of my claims. |
| 16 | |
| 17 | __12·18·07__                    _Charmaine D. Wheeler_ |
|    |     DATE                              SIGNATURE OF APPLICANT |
| 18 | |
| 19 | |
| 20 | Case Number: __C 07 - 4990 JF (PR)__ |

- 4 -

1  **CERTIFICATE OF FUNDS**
2  **IN**
3  **PRISONER'S ACCOUNT**

5  I certify that attached hereto is a true and correct copy of the prisoner's trust account
6  statement showing transactions of ___1,652.00___ for the last six months
7  at
8  where (s)he is confined.
9  I further certify that the average deposits each month to this prisoner's account for the
10 most recent 6-month period were $ 275.00 and the average balance in the prisoner's
11 account each month for the most recent 6-month period was $
12      1350.00          K. Villagran
                         Counselor
13 Dated: 12-18-2007
14                        [Authorized officer of the institution]

- 5 -

Dear Clerk,

RECEIVED
2007 DEC 26 PM 3:25
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT

12-18-07

Today on 12-18-07 I made a withdrawl from US Department of Justice Federal Bureau of Prison for 100.00. My withdrawl of Inmate Personal Funds takes the BOP 7 days to process for partial payment towards my civil action. Please let me know when the 100.00 is received. Thank you.

Sincerely,

Charmaine Wheeler
C 07-4990 JF (PR)

## All Transactions

| Inmate Reg #: | 39637180 | Current Institution: | Dublin FCI |
|---|---|---|---|
| Inmate Name: | WHEELER, CHARMAINE | Housing Unit: | DUB-D-A |
| Report Date: | 12/18/2007 | Living Quarters: | D03-172L |
| Report Time: | 11:03:04 AM | | |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 7/29/2007 5:13:56 PM | Phone Withdrawal | ($2.00) | TFN0729 | | $1,480.99 |
| 7/26/2007 7:24:53 PM | Phone Withdrawal | ($3.00) | TFN0726 | | $1,482.99 |
| 7/26/2007 11:52:27 AM | Sales | ($1.90) | 126 | | $1,485.99 |
| 7/25/2007 7:51:06 PM | Phone Withdrawal | ($3.00) | TFN0725 | | $1,487.89 |
| 7/23/2007 5:44:12 PM | Sales | ($44.15) | 81 | | $1,490.89 |
| 7/22/2007 6:55:55 PM | Phone Withdrawal | ($2.00) | TFN0722 | | $1,535.04 |
| 7/22/2007 4:38:26 PM | Phone Withdrawal | ($2.00) | TFN0722 | | $1,537.04 |
| 7/18/2007 4:12:09 PM | Phone Withdrawal | ($2.00) | TFN0718 | | $1,539.04 |
| 7/17/2007 4:02:47 PM | Phone Withdrawal | ($3.00) | TFN0717 | | $1,541.04 |
| 7/16/2007 3:32:08 PM | Phone Withdrawal | ($2.00) | TFN0716 | | $1,544.04 |
| 7/14/2007 9:12:30 AM | Phone Withdrawal | ($2.00) | TFN0714 | | $1,546.04 |
| 7/13/2007 6:22:51 PM | Phone Withdrawal | ($2.00) | TFN0713 | | $1,548.04 |
| 7/12/2007 3:37:40 PM | Phone Withdrawal | ($1.00) | TFN0712 | | $1,550.04 |
| 7/11/2007 2:23:17 PM | Sales | ($75.50) | 180 | | $1,551.04 |
| 7/11/2007 11:55:47 AM | Sales | ($2.00) | 92 | | $1,626.54 |
| 7/10/2007 5:48:35 PM | Phone Withdrawal | ($2.00) | TFN0710 | | $1,628.54 |
| 7/10/2007 5:02:56 AM | Lockbox - CD | $150.00 | 70186801 | | $1,630.54 |
| 7/8/2007 8:23:16 PM | Phone Withdrawal | ($2.00) | TFN0708 | | $1,480.54 |
| 7/5/2007 12:16:16 PM | Sales | ($2.00) | 174 | | $1,482.54 |
| 7/5/2007 6:52:53 AM | Payroll - UNICOR | $208.12 | UNI0607 | | $1,484.54 |
| 7/4/2007 7:12:24 PM | Phone Withdrawal | ($2.00) | TFN0704 | | $1,276.42 |
| 7/3/2007 7:37:14 PM | Phone Withdrawal | ($2.00) | TFN0703 | | $1,278.42 |
| 7/2/2007 6:22:42 PM | Phone Withdrawal | ($4.00) | TFN0702 | | $1,280.42 |
| 7/2/2007 5:39:36 PM | Sales | ($94.25) | 50 | | $1,284.42 |
| 7/2/2007 4:22:01 PM | Phone Withdrawal | ($2.00) | TFN0702 | | $1,378.67 |
| 6/26/2007 11:45:24 AM | Phone Withdrawal | ($3.00) | TFN0626 | | $1,380.67 |
| 6/23/2007 3:25:52 PM | Phone Withdrawal | ($2.00) | TFN0623 | | $1,383.67 |
| 6/20/2007 4:42:36 PM | Phone Withdrawal | ($2.00) | TFN0620 | | $1,385.67 |
| 6/19/2007 5:41:00 PM | Sales | ($13.00) | 97 | | $1,387.67 |
| 6/17/2007 7:53:47 PM | Phone Withdrawal | ($2.00) | TFN0617 | | $1,400.67 |
| 6/14/2007 3:43:53 PM | Phone Withdrawal | ($2.00) | TFN0614 | | $1,402.67 |
| 6/13/2007 6:36:12 PM | Sales | ($24.30) | 219 | | $1,404.67 |
| 6/11/2007 8:37:09 PM | Phone Withdrawal | ($2.00) | TFN0611 | | $1,428.97 |
| 6/10/2007 10:19:34 AM | Phone Withdrawal | ($3.00) | TFN0610 | | $1,430.97 |
| 6/9/2007 5:03:10 AM | Lockbox - CD | $150.00 | 70184801 | | $1,433.97 |
| 6/6/2007 11:04:25 AM | Sales | ($2.00) | 18 | | $1,283.97 |
| 6/5/2007 5:36:41 PM | Phone Withdrawal | ($3.00) | TFN0605 | | $1,285.97 |
| 6/4/2007 4:55:59 PM | Sales | ($83.85) | 36 | | $1,288.97 |
| 6/4/2007 11:31:10 AM | Payroll - UNICOR | $174.70 | UNI0507 | | $1,372.82 |
| 6/3/2007 6:23:15 PM | Phone Withdrawal | ($2.00) | TFN0603 | | $1,198.12 |
| 5/31/2007 7:11:30 PM | Phone Withdrawal | ($1.00) | TFN0531 | | $1,200.12 |
| 5/30/2007 7:05:21 PM | Phone Withdrawal | ($2.00) | TFN0530 | | $1,201.12 |
| 5/30/2007 11:19:12 AM | Sales | ($2.00) | 54 | | $1,203.12 |
| 5/27/2007 8:18:02 PM | Phone Withdrawal | ($2.00) | TFN0527 | | $1,205.12 |
| 5/25/2007 10:55:10 AM | Phone Withdrawal | ($2.00) | TFN0525 | | $1,207.12 |
| 5/24/2007 6:34:24 PM | Phone Withdrawal | ($2.00) | TFN0524 | | $1,209.12 |
| 5/24/2007 4:17:11 PM | Phone Withdrawal | ($2.00) | TFN0524 | | $1,211.12 |
| 5/23/2007 5:18:07 PM | Sales | ($36.00) | 169 | | $1,213.12 |
| 5/21/2007 8:20:38 PM | Phone Withdrawal | ($1.00) | TFN0521 | | $1,249.12 |
| 5/20/2007 11:25:41 AM | Phone Withdrawal | ($3.00) | TFN0520 | | $1,250.12 |

1 2 3 4 5

## All Transactions 

| | |
|---|---|
| Inmate Reg #: | 39637180 |
| Inmate Name: | WHEELER, CHARMAINE |
| Report Date: | 12/18/2007 |
| Report Time: | 11:02:50 AM |
| Current Institution: | Dublin FCI |
| Housing Unit: | DUB-D-A |
| Living Quarters: | D03-172L |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 10/3/2007 11:09:48 AM | Sales | ($5.00) | 17 | | $1,345.89 |
| 10/2/2007 9:39:07 AM | Phone Withdrawal | ($1.00) | TFN1002 | | $1,350.89 |
| 10/1/2007 7:34:45 PM | Sales | ($3.90) | 110 | | $1,351.89 |
| 10/1/2007 6:00:54 PM | Sales | ($112.80) | 42 | | $1,355.79 |
| 10/1/2007 7:11:12 AM | Phone Withdrawal | ($2.00) | TFN1001 | | $1,468.59 |
| 9/24/2007 7:01:32 AM | Phone Withdrawal | ($2.00) | TFN0924 | | $1,470.59 |
| 9/22/2007 7:27:24 PM | Phone Withdrawal | ($3.00) | TFN0922 | | $1,472.59 |
| 9/19/2007 11:38:19 AM | Phone Withdrawal | ($2.00) | TFN0919 | | $1,475.59 |
| 9/19/2007 11:10:06 AM | Sales | ($5.00) | 26 | | $1,477.59 |
| 9/18/2007 5:54:54 PM | Phone Withdrawal | ($2.00) | TFN0918 | | $1,482.59 |
| 9/18/2007 5:21:07 PM | Sales | ($19.30) | 83 | | $1,484.59 |
| 9/18/2007 5:20:53 PM | Sales | $0.00 | 82 | | $1,503.89 |
| 9/14/2007 4:20:52 PM | Phone Withdrawal | ($2.00) | TFN0914 | | $1,503.89 |
| 9/13/2007 5:14:48 PM | Phone Withdrawal | ($3.00) | TFN0913 | | $1,505.89 |
| 9/12/2007 5:45:28 PM | Sales | ($58.10) | 195 | | $1,508.89 |
| 9/12/2007 11:27:26 AM | Sales | ($5.00) | 60 | | $1,566.99 |
| 9/10/2007 8:26:05 PM | Phone Withdrawal | ($3.00) | TFN0910 | | $1,571.99 |
| 9/10/2007 7:19:22 AM | Payroll - IPP | $24.91 | GIPP0807 | | $1,574.99 |
| 9/8/2007 3:55:13 PM | Phone Withdrawal | ($3.00) | TFN0908 | | $1,550.08 |
| 9/8/2007 5:11:44 AM | Lockbox - CD | $150.00 | 70191101 | | $1,553.08 |
| 9/4/2007 5:51:30 PM | Sales | ($16.85) | 70 | | $1,403.08 |
| 8/31/2007 3:46:39 PM | Phone Withdrawal | ($11.00) | TFN0831 | | $1,419.93 |
| 8/29/2007 6:58:07 PM | Phone Withdrawal | ($2.00) | TFN0829 | | $1,430.93 |
| 8/29/2007 3:36:38 PM | Phone Withdrawal | ($1.00) | TFN0829 | | $1,432.93 |
| 8/28/2007 11:26:05 AM | Sales | ($49.20) | 56 | | $1,433.93 |
| 8/27/2007 6:35:39 AM | Phone Withdrawal | ($1.00) | TFN0827 | | $1,483.13 |
| 8/25/2007 4:14:00 PM | Phone Withdrawal | ($1.00) | TFN0825 | | $1,484.13 |
| 8/25/2007 3:44:31 PM | Phone Withdrawal | ($2.00) | TFN0825 | | $1,485.13 |
| 8/24/2007 4:57:44 PM | Phone Withdrawal | ($2.00) | TFN0824 | | $1,487.13 |
| 8/24/2007 8:37:10 AM | Phone Withdrawal | ($1.00) | TFN0824 | | $1,489.13 |
| 8/23/2007 6:44:55 PM | Phone Withdrawal | ($2.00) | TFN0823 | | $1,490.13 |
| 8/23/2007 10:46:03 AM | Phone Withdrawal | ($2.00) | TFN0823 | | $1,492.13 |
| 8/22/2007 7:00:09 PM | Phone Withdrawal | ($2.00) | TFN0822 | | $1,494.13 |
| 8/22/2007 5:36:16 PM | Sales | ($24.70) | 286 | | $1,496.13 |
| 8/13/2007 6:31:45 PM | Phone Withdrawal | ($3.00) | TFN0813 | | $1,520.83 |
| 8/13/2007 5:46:36 PM | Sales | ($61.20) | 51 | | $1,523.83 |
| 8/10/2007 7:27:03 AM | Payroll - IPP | $22.10 | GIPP0707 | | $1,585.03 |
| 8/8/2007 11:48:42 AM | Phone Withdrawal | ($15.00) | TFN0808 | | $1,562.93 |
| 8/8/2007 11:16:12 AM | Sales | ($4.40) | 61 | | $1,577.93 |
| 8/8/2007 5:03:19 AM | Lockbox - CD | $150.00 | 70188901 | | $1,582.33 |
| 8/7/2007 8:08:51 PM | Phone Withdrawal | ($1.00) | TFN0807 | | $1,432.33 |
| 8/7/2007 4:43:01 PM | Phone Withdrawal | ($2.00) | TFN0807 | | $1,433.33 |
| 8/3/2007 3:22:02 PM | Phone Withdrawal | ($5.00) | TFN0803 | | $1,435.33 |
| 8/3/2007 8:25:06 AM | Payroll - UNICOR | $9.69 | UNI0707 | | $1,440.33 |
| 8/1/2007 6:08:27 PM | Sales | ($41.35) | 231 | | $1,430.64 |
| 8/1/2007 1:38:15 PM | Phone Withdrawal | ($2.00) | TFN0801 | | $1,471.99 |
| 8/1/2007 11:12:42 AM | Sales | ($2.00) | 17 | | $1,473.99 |
| 7/31/2007 12:20:19 PM | Phone Withdrawal | ($1.00) | TFN0731 | | $1,475.99 |
| 7/30/2007 8:30:21 PM | Phone Withdrawal | ($2.00) | TFN0730 | | $1,476.99 |
| 7/30/2007 7:12:50 PM | Phone Withdrawal | ($2.00) | TFN0730 | | $1,478.99 |

1 2 3 4 5

## Deposits

🖨 PRINT

| Inmate Reg #: | 89637180 | Current Institution: | Dublin FCI |
| --- | --- | --- | --- |
| Inmate Name: | WHEELER, CHARMAINE | Housing Unit: | DUB-D-A |
| Report Date: | 12/18/2007 | Living Quarters: | D03-172L |
| Report Time: | 11:02:03 AM | | |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
| --- | --- | --- | --- | --- | --- |
| 12/16/2007 7:56:15 PM | Phone Withdrawal | ($1.00) | TFN1216 | | $1,468.81 |
| 12/14/2007 4:42:49 PM | Phone Withdrawal | ($1.00) | TFN1214 | | $1,469.81 |
| 12/13/2007 6:16:12 AM | Phone Withdrawal | ($2.00) | TFN1213 | | $1,470.81 |
| 12/12/2007 4:25:14 PM | Sales | ($114.45) | 101 | | $1,472.81 |
| 12/12/2007 11:35:13 AM | Sales | ($3.00) | 56 | | $1,587.26 |
| 12/10/2007 12:26:21 PM | Payroll - IPP | $22.10 | HIPP1107 | | $1,590.26 |
| 12/9/2007 7:48:52 PM | Phone Withdrawal | ($3.00) | TFN1209 | | $1,568.16 |
| 12/9/2007 7:11:47 PM | Phone Withdrawal | ($2.00) | TFN1209 | | $1,571.16 |
| 12/7/2007 5:16:14 PM | Phone Withdrawal | ($2.00) | TFN1207 | | $1,573.16 |
| 12/7/2007 5:01:15 AM | Lockbox - CD | $100.00 | 70197201 | | $1,575.16 |
| 12/7/2007 5:01:09 AM | Lockbox - CD | $150.00 | 70197201 | | $1,475.16 |
| 12/5/2007 4:11:58 PM | Phone Withdrawal | ($3.00) | TFN1205 | | $1,325.16 |
| 12/5/2007 11:33:52 AM | Sales | ($12.00) | 72 | | $1,328.16 |
| 12/2/2007 7:06:18 AM | Phone Withdrawal | ($1.00) | TFN1202 | | $1,340.16 |
| 12/1/2007 7:45:27 AM | Phone Withdrawal | ($2.00) | TFN1201 | | $1,341.16 |
| 11/27/2007 6:04:06 PM | Phone Withdrawal | ($2.00) | TFN1127 | | $1,343.16 |
| 11/27/2007 4:08:50 PM | Sales | ($21.25) | 8 | | $1,345.16 |
| 11/25/2007 8:12:47 PM | Phone Withdrawal | ($1.00) | TFN1125 | | $1,366.41 |
| 11/24/2007 6:17:05 AM | Phone Withdrawal | ($1.00) | TFN1124 | | $1,367.41 |
| 11/21/2007 6:26:29 PM | Phone Withdrawal | ($1.00) | TFN1121 | | $1,368.41 |
| 11/21/2007 4:15:36 PM | Sales | ($26.65) | 162 | | $1,369.41 |
| 11/20/2007 5:02:45 AM | Lockbox - CD | $19.71 | 70196001 | | $1,396.06 |
| 11/19/2007 4:49:19 PM | Phone Withdrawal | ($2.00) | TFN1119 | | $1,376.35 |
| 11/18/2007 8:53:10 AM | Phone Withdrawal | ($2.00) | TFN1118 | | $1,378.35 |
| 11/16/2007 3:59:01 PM | Phone Withdrawal | ($3.00) | TFN1116 | | $1,380.35 |
| 11/13/2007 4:26:44 PM | Sales | ($55.90) | 51 | | $1,383.35 |
| 11/10/2007 1:29:51 PM | Inmate Co-pay | ($2.00) | HICP1107 | | $1,439.25 |
| 11/9/2007 12:01:06 PM | Payroll - IPP | $24.31 | HIPP1007 | | $1,441.25 |
| 11/9/2007 10:51:37 AM | Sales | ($1.50) | 19 | | $1,416.94 |
| 11/9/2007 6:52:56 AM | Phone Withdrawal | ($2.00) | TFN1109 | | $1,418.44 |
| 11/6/2007 4:27:28 PM | Sales | ($21.40) | 28 | | $1,420.44 |
| 11/3/2007 5:02:49 AM | Lockbox - CD | $150.00 | 70195001 | | $1,441.84 |
| 10/31/2007 5:30:05 PM | Sales | ($39.35) | 143 | | $1,291.84 |
| 10/31/2007 11:18:43 AM | Sales | ($3.40) | 15 | | $1,331.19 |
| 10/30/2007 8:01:49 PM | Phone Withdrawal | ($1.00) | TFN1030 | | $1,334.59 |
| 10/27/2007 7:57:34 PM | Phone Withdrawal | ($2.00) | TFN1027 | | $1,335.59 |
| 10/26/2007 5:09:38 PM | Phone Withdrawal | ($2.00) | TFN1026 | | $1,337.59 |
| 10/23/2007 7:17:31 PM | Phone Withdrawal | ($3.00) | TFN1023 | | $1,339.59 |
| 10/22/2007 5:04:17 PM | Sales | ($63.30) | 48 | | $1,342.59 |
| 10/19/2007 2:35:05 PM | Phone Withdrawal | ($3.00) | TFN1019 | | $1,405.89 |
| 10/16/2007 5:23:08 PM | Sales | ($65.45) | 43 | | $1,408.89 |
| 10/11/2007 6:51:46 PM | Sales | ($26.55) | 111 | | $1,474.34 |
| 10/11/2007 6:44:46 AM | Phone Withdrawal | ($9.00) | TFN1011 | | $1,500.89 |
| 10/10/2007 12:23:07 PM | Sales | ($2.00) | 83 | | $1,509.89 |
| 10/10/2007 10:30:17 AM | Payroll - IPP | $21.00 | HIPP0907 | | $1,511.89 |
| 10/10/2007 5:09:42 AM | Lockbox - CD | $150.00 | 70193201 | | $1,490.89 |
| 10/8/2007 6:15:16 AM | Phone Withdrawal | ($1.00) | TFN1008 | | $1,340.89 |
| 10/7/2007 4:23:47 PM | Phone Withdrawal | ($2.00) | TFN1007 | | $1,341.89 |
| 10/4/2007 6:06:42 AM | Phone Withdrawal | ($1.00) | TFN1004 | | $1,343.89 |
| 10/3/2007 4:35:36 PM | Phone Withdrawal | ($1.00) | TFN1003 | | $1,344.89 |

1 2 3 4 5

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**INSTRUCTIONS FOR PRISONER'S**
**IN FORMA PAUPERIS APPLICATION**

You must submit to the court a completed Prisoner's In Forma Pauperis Application if you are unable to pay the entire filing fee at the time you file your complaint or petition. Your application must include copies of the prisoner trust account statement showing transactions for the last six months and a certificate of funds in prisoner's account, signed by an authorized officer of the institution.

**A.   Non-habeas Civil Actions**

Effective April 9, 2006 the filing fee for any civil action other than a habeas is $350.00. Even if you are granted leave to proceed in forma pauperis, you must still pay the full amount of the court's filing fee, but the fee will be paid in several installments. 28 U.S.C. § 1915.

You must pay an initial partial filing fee of 20 percent of the greater of (a) the average monthly deposits to your account for the 6-month period immediately before the complaint was filed or (b) the average monthly balance in your account for the 6-month period immediately before the complaint was filed. The court will use the information provided on the certificate of funds and the trust account statement to determine the filing fee immediately due and will send instructions to you and the prison trust account office for payment if in forma pauperis status is granted.

After the initial partial filing fee is paid, your prison's trust account office will forward to the court each month 20 percent of the most recent month's income to your prison trust account, to the extent the account balance exceeds ten dollars ($10.00). Monthly payments will be required until the full filing fee is paid. If you have no funds over ten dollars ($10.00) in your account, you will not be required to pay part of the filing fee that month.

**If your application to proceed in forma pauperis is granted, you will be liable for the full $350.00 filing fee even if your civil action is dismissed. That means the court will continue to collect payments until the entire filing fee is paid. However, if you do not submit this completed application the action will be dismissed without prejudice and the filing fee will not be collected.**

**B.   Habeas Actions**

The filing fee for a habeas action is $5.00. If you are granted leave to proceed in forma pauperis you will not be required to pay any portion of this fee. If you are not granted leave to proceed in forma pauperis you must pay the fee in one payment and not in installments. **If you use a habeas form to file a non-habeas civil action, you will be required to pay the $350.00 filing fee applicable to all non-habeas civil actions.**

IFP APPLI.-PRISONER-Rev. 2/05



Raymond Wheeler 39637-180
Federal Correctional Institution
5701 8th St Camp Parks
Dublin, CA 94568

Legal Mail

Office of the Clerk US District Court
Northern District of California
280 S. First Street Room 2112
San Jose, California 95113