NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARMAINE D. WHEELER, | No. C 07-4990 JF (PR) |
| Plaintiff, | JUDGMENT |
| v. | |
| FEDERAL BUREAU OF INVESTIGATION, | |
| Defendant. | |

The Court has dismissed the instant civil rights action without prejudice. A judgment of dismissal without prejudice is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED:   3/14/08

JEREMY FOGEL
United States District Judge

Judgment
G:\PRO-SE\SJ.Jf\CR.07\Wheeler990jud.wpd