# AFFIDAVIT

I, Charmaine Wheeler, do hereby swear upon my oath that the following statement is true and correct to the best of my knowledge, under penalty of perjury per Title 18 U.S.C.§ 1621 and as Deponent so states:

I am in receipt of your Order of Dismissal following reasons:
1. The lack of exhaustion of Administrative Procedures with the F.B.I and D.
2. The money was not received

By the receipts attached it is evident that a money order for $100 was deducted from my commissary account here at the B.O.P. Dublin FCI on December 26, 07. Case No. C 07-4990. These were to be sent to the clerk of the court at 280 South First Street Rm. 2112 San Jose, CA 95113-3095. Until I have exhausted all administrative procedures, I request that you refund the $100 to me.

This Affidavit, shall be effective beginning on June 26, 20 08, and shall be revoked by separate revocation from the undersigned.

**IN TESTIMONY WHEREOF:** the undersigned has hereunto set her hand; this 26th day, of June, 20 08.

EXECUTED on this 26th day, of June, 20 08.

Charmaine Wheeler
(Signature of Deponent)

State of Arizona
County of Maricopa

Subscribed and sworn to (or affirmed) before me on this 26th day of June, 20 08, by Charmaine Wheeler, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

(Seal)   Signature Della M Bise

Notary Public State of Arizona
Maricopa County
Della M Bise
My Commission Expires
01/04/2012

Please send the money to me as follows:

Charmaine D. Wheeler
39637-180
Federal Bureau of Prisons
P.O. Box 474701
Des Moines, IA 50947-0001

Please contact me at my address:

Charmaine Wheeler
39637-180
Federal Prison Camp
37930 N. 45th Ave.
Phoenix, Arizona 85086

| CC USE ONLY | |
|---|---|
| REPORT(S) | 05/03/2008 |
| ATTACHMENT | |
| DISTRIBUTION | |

**CLAIMS DOCUMENT**
CHECK CLAIMS Hyattsville, MD. 20788
**AGENCY REF.**

```
2221 32226774        100.00        01/03/2008
US DISTRICT COURT                  Agency
I39637180            15100438      M
H802800089062573     100.00        NEW

US DISTRICT COURT
C/O CASHIER
5701 8TH ST CAMP PARKS
DUBLIN CA 94568   94568
```
↑ PAYEE ADDRESS ↑

### INSTRUCTIONS TO PAYEE

1. Complete and return the FMS 1133 immediately to ensure timely processing of your claim.
2. See Page 3 for specific instructions for completing both pages of FMS 1133 Claim Form (Pages 4 and 5).
3. Keep Page 3 for your records.

STOP REASON: K: PHOTOCOPY

☐ PAYMENT RECERTIFIED

STATUS: 14: SYSTEM HAS RECORD OF A PAYMENT: FURTHER INFORMATION TO FOLLOW:

| SYMBOL | SERIAL NO. |
|---|---|
| 2221 | 32226774 |

| CHECK DATE | CHECK AMOUNT | PAYEE NAME |
|---|---|---|
| 01/03/2008 | 100.00 | US DISTRICT COURT C/O CASHIER |

| PAYEE ID NO. | AGENCY | AGENCY LOCATION CODE | AMOUNT TO BE RECLAIMED | DATE OF DEATH |
|---|---|---|---|---|
| I39637180 | M | 15100438 | 100.00 | |

| LOCATOR NUMBER(S): | | CC REMARKS |
|---|---|---|
| 1. H802800089062573 | 2. | |
| 3. | 4. | |
| 5. | | |

DECEDENT

```
NATIONAL PROGRAMS TPM
320 FIRST STREET N.W. ROOM 5009
WASHINGTON, D.C.   20534
```
↑ AGENCY ADDRESS ↑

AGENCY: SEE PAGE 2 FOR
INSTRUCTIONS. KEEP PAGE 1
FOR YOUR RECORDS.

DEPARTMENT OF THE TREASURY
FINANCIAL MANAGEMENT SERVICE

EDITION OF 7-89 IS OBSOLETE

PAGE 1

FMS FORM 3858
4-94

30



**United States Treasury** 15-51/000   G 030,306,470

Check No.

01 03 08 51   AUSTIN, TEXAS    2221 32226774
2221 32226774 15100438 M2   JUSTICE LG 000HS00102

Pay to the order of
US DISTRICT COURT
C/O CASHIER
5701 8TH ST CAMP PARKS
DUBLIN CA 94568

$****100*00

REGIONAL DISBURSING OFFICER   VOID AFTER ONE YEAR

PER ENCLOSED MAILING NOTICE

⑈2221⑈   ⑆000000518⑆   322267748⑈   010108   ⑆0000010000⑆

BANK OF AMERICA, NA SFC
»1210003564 E2447 94 16
01/24/08

1260285191





PHOENIX AZ 850

02 JUL 08 PM 3 T

Charmaine Wheeler 39637-180
Federal Prison Camp
37930 N. 45th Ave.
Phoenix, Arizona 85019

Ninth Circuit District Court
280 South First Street Rm. 2112
San Jose, CA 95113-3095

95113$3095

