Charmaine D. Wheeler                    July 29, 2008.
Reg. No. 39637-180
Federal Prison Camp
37930 N. 45th Ave.
Phoenix, Az. 85086

FILED

AUG 0 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clerk, U.S. District Court
Northern District of California
280 S. First Street, Rm. 2112
San Jose CA 95113-3095
Case No. C 07-4990 JF(PR)

Dear Clerk,

    Please tell me the status of my refund.


Respectfully,

Charmaine D. Wheeler

AFFIDAVIT

I, _Charmaine Wheeler_____, do hereby swear upon my oath that the following statement is true and correct to the best of my knowledge, under penalty of perjury per Title 18 U.S.C.§ 1621 and as Deponent so states:

_I am in receipt of your Order of Dismissal for the following reasons:_

_— The lack of exhaustion of Administrative Procedures with the F.B.I and D.O.J._

_— the money was not received._

_By the receipts attached it is evident that a money order for $100 was deducted from my Commissary account here at the B.O.P. Dublin FCI on December 26, 07. Case No. C 07-4990 there were to be sent to the clerk of the court at 280 South First Street Rm. 2112 San Jose, CA 95113 3095. Until I have exhausted all administrative procedures, I request that you refund the $100 to me._

This Affidavit, shall be effective beginning on __June 26_____, 20 _08_, and shall be revoked by separate revocation from the undersigned.

**IN TESTIMONY WHEREOF:** the undersigned has hereunto set her hand; this _26 th_ day, of __June_____, 20 _08_.

EXECUTED on this _26 th_ day, of ___June_____, 20 _08_.

_Charmaine Wheeler_____
(Signature of Deponent)

State of Arizona
County of Maricopa

Subscribed and sworn to (or affirmed) before me on this _26 th_ day of __June____, 20 08 by _Charmaine Wheeler_____, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

(Seal)                    Signature _Della M Bise_

Notary Public State of Arizona
Maricopa County
Della M Bise
My Commission Expires
01/04/2012

42 USA

PHOENIX AZ 850

30 JUL 08 PM 4 T

Chanmaru Whaler 39637180
Federal Prison Camp
37930 N. 45th Ave.
Phoenix, Az 85086

Clerk, US District Court
280 South First Street   Rm. 2112
San Jose, CA 95113 3095

95113-3095 0080

LeGAl MAiL

Legal Mail